Cellino Law LLP
John H. Shields, Esq. Id. No.036821983
420 Lexington Avenue, Suite 830
New York, New York 10170
800-555-5555
Attorney for Plaintiff

---

| | |
|---|---|
| MALCOLM MUHAMMAD, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION:MIDDLESEX COUNTY |
| Plaintiff, | |
| | DOCKET NO.: |
| -vs- | |
| | CIVIL ACTION |
| MELLISSA A. MASTERS COVENANT TRANSPORT, INC., ABC COMPANIES 1-10 said names being fictitious and JOHN DOES 1-10 said names being fictitious, | COMPLAINT AND JURY DEMAND |
| Defendants. | |

---

Plaintiff, MALCOLM MUHAMMAD, by way of Complaint, states, upon information and belief, as follows:

1. At all times hereinafter mentioned, plaintiff, MALCOLM MUHAMMAD, was an adult individual and at all times was and is presently a resident of County of Somerset, State of New Jersey.

2.  That at all times herein relevant, defendant, COVENANT TRANSPORT, INC., is and was a corporation with its principal place of business located at 5741 South Burlington Drive, Suite A, Muncie, Indiana, and was conducting business in the State of New Jersey.

3.  That at all times herein relevant, defendant, COVENANT TRANSPORT, INC., transacted business within the State of New Jersey and/or contracted anywhere to supply goods or services in the State of New Jersey.

4.  That at all times herein relevant, defendant, COVENANT TRANSPORT, INC., a tortious act within the State of New Jersey.

5.  That at all times herein relevant, defendant, COVENANT TRANSPORT, INC., committed a tortious act without the State of New Jersey causing injury to person or property within the State of New Jersey.

6.  That at all times herein relevant, defendant, COVENANT TRANSPORT, INC., owns, uses, or possesses any real property situated with the State of New Jersey.

7.  That by virtue of the allegations above, defendant, COVENANT TRANSPORT, INC., is subject to the laws of the State of New Jersey.

8.  ABC COMPANIES 1-10 said names being fictitious are named as defendants to preserve the statute of limitations against unknown companies.

9. JOHN DOES 1-10 said names being fictitious are named as defendants to preserve the statute of limitations against unknown companies.

10. At all times hereinafter mentioned, defendant, MELLISSA M. MASTERS was an adult individual and was at all times herein alleged and still is a resident of County of Clark, State of Nevada.

11. On December 24, 2021, plaintiff MALCOLM MUHAMMAD, was the operator of a certain 2015 Jaguar bearing Colorado License Plate No.

12. On December 24, 2021, defendant MELLISSA M. MASTERS was the operator of a certain 2020 Freightliner bearing Indiana License Plate No.

13. On December 24, 2021, defendant COVENANT TRANSPORT, INC. was the owner of a certain 2020 Freightliner bearing Indiana License Plate No.

14. At all times hereinafter mentioned, defendant, MELLISSA M. MASTERS, was in the course of her employment with the defendant, COVENANT TRANSPORT, INC. when operating a certain 2020 Freightliner bearing Indiana License Plate No.

15. On December 24, 2021, plaintiff MELLISSA M. MASTERS, operated the vehicle described in Paragraph 13 above while in the course of her employment with the knowledge and consent of the defendant, COVENANT TRANSPORT, INC.

3

16. On December 24, 2021, defendant, MELLISSA M. MASTERS, operated the vehicle described in Paragraph 13 above with the full permission of the owner COVENANT TRANSPORT, INC.

17. On December 24, 2021, defendant, MELLISSA M. MASTERS, operated the vehicle described in Paragraph 16 above with the full consent of the owner COVENANT TRANSPORT, INC.

18. On December 24, 2021, defendant, MELLISSA M. MASTERS, operated the vehicle described in Paragraph 16 above with the full knowledge of the owner COVENANT TRANSPORT, INC.

19. On December 24, 2021, defendant, MELLISSA M. MASTERS, operated the vehicle described in Paragraph 16 above with the full permission of the owner COVENANT TRANSPORT, INC.

20. On December 24, 2021, defendant, MELLISSA M. MASTERS, operated the vehicle described in Paragraph 13 above on Stelton Road in Piscataway Township, New Jersey.

21. On December 24, 2021, plaintiff MALCOLM MUHAMMAD, operated the vehicle described in Paragraph 11 above on Stelton Road in Piscataway Township, New Jersey.

22. On December 24, 2021, the vehicle operated by defendant, MELLISSA M. MASTERS and owned by the defendant, COVENANT TRANSPORT, INC came into contact with the vehicle operated by plaintiff

4

MALCOLM MUHAMMAD, on Stelton Road in Piscataway Township, New Jersey.

23. As a result of said collision, plaintiff, MALCOLM MUHAMMAD, was caused to be propelled forward striking his body and as a direct and proximate result of this wrongful acts of the defendants MELLISSA M. MASTERS and COVENANT TRANSPORT, INC, plaintiff, MALCOLM MUHAMMAD, sustained serious injuries, which injuries necessitated him obtaining medical treatment and which caused him great pain and suffering.

24. As a direct and proximate result of the aforesaid negligence of the defendants MELLISSA M. MASTERS and COVENANT TRANSPORT, INC., and said accident resulting therefrom, plaintiff MALCOLM MUHAMMAD was struck violently, sustained injuries causing permanent disabilities and permanent loss of bodily function, has been and in the future will be caused to obtain medical treatment for said injuries and to incur the costs thereof, has been and in the future will be disabled and not able to perform his usual functions, has been and in the future will be caused great pain and suffering and has been otherwise damaged, all to his great loss.

**WHEREFORE**, plaintiff MALCOLM MUHAMMAD, demands judgment against the defendants MELLISSA M. MASTERS and COVENANT TRANSPORT, INC. joint and severally for damages, together with interest and costs of suit.

                                                                CELLINO LAW LLP
                                                                 Attorneys for Plaintiff

                                                                 BY: JOHN SHIELDS (036821983)

Dated: New York, New York
       June 17, 2022

### JURY DEMAND

The plaintiff demands a trial by a jury of six persons of all the issues of this case in accordance with R1:8-2.

                                                           CELLINO LAW LLP
                                                           Attorneys for Plaintiff

                                                           BY: JOHN SHIELDS (036821983)

Dated: New York, New York
       June 17, 2022

### DESIGNATION OF TRIAL ATTORNEY

JOHN SHIELDS, ESQ. is designated as trial attorney.

                                                           CELLINO LAW LLP
                                                           Attorneys for Plaintiff

                                                           BY: JOHN SHIELDS (036821983)

Dated: New York, New York
      June 17, 2022

## DEMAND FOR INSURANCE INFORMATION

Pursuant to Rule 4:10-2(b) demand is hereby made that Defendants, and each of them, disclose to Plaintiff's attorney whether or not there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or indemnify or reimburse for payments made to satisfy the judgment and provide Plaintiff's attorney with true copies of said agreements or policies including, but not limited to, any and all declaration sheets. This demand shall include and cover not only primary coverage but also any and all excess, catastrophe, and umbrella policies.

CELLINO LAW LLP<br>
Attorneys for Plaintiff<br>
_____<br>
BY: JOHN SHIELDS (036821983)

Dated: New York, New York
       June 17, 2022

## DEMAND FOR ANSWERS TO UNIFORM INTERROGATORIES

Plaintiffs hereby demand, pursuant to R. 4:17-(b)(ii), of the Rules of Court that the Defendants serve answers to the interrogatories prescribed by Form "C" and Form "C (1)" of Appendix II of the Rules of Court within sixty (60) days of the date hereof.

7

                                          CELLINO LAW LLP
                                          Attorneys for Plaintiff

Dated: New York, New York
        June 17, 2022                    BY: JOHN SHIELDS (036821983)

## CERTIFICATION

I certify the within pleading was filed within the time prescribed by the Rules of Court. There are no other actions of which I am aware that should be joined with this action, nor is the case subject of any arbitration proceeding or mediation, nor is any contemplated as of this date.

                                          CELLINO LAW LLP
                                          Attorneys for Plaintiff

Dated: New York, New York
        June 17, 2022                    BY: JOHN SHIELDS (036821983)

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-002974-22

**Case Caption:** MUHAMMAD MALCOLM VS MASTERS MELLISSA

**Case Initiation Date:** 06/17/2022

**Attorney Name:** JOHN H SHIELDS

**Firm Name:** CELLINO LAW

**Address:** 420 LEXINGTON AVE STE 830
NEW YORK NY 10170

**Phone:** 8005555555

**Name of Party:** PLAINTIFF : MUHAMMAD, MALCOLM

**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: MALCOLM MUHAMMAD?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/17/2022
Dated

/s/ JOHN H SHIELDS
Signed